McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-MC-00090-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $7,500.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $2,920.00 IN U.S. CURRENCY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimants Brandon Jones and Kiaundra Crawford ("potential claimants"), appearing *in propria persona*, as follows:

1. On or about July 8, 2020, potential claimants filed a claim in the administrative forfeiture proceeding with the Federal Bureau of Investigation with respect to the approximately $7,500.00 in U.S. Currency and approximately $2,920.00 in U.S. Currency (hereafter "defendant currency"), which was seized on May 12, 2020.

2. The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other

than the potential claimants have filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was October 6, 2020.

4. By Stipulation and Order filed October 9, 2020, the parties stipulated to extend to January 4, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to April 4, 2021, the time in which the United States is required to file a civil complaint forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to April 4, 2021.

Dated: December 28, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant United States Attorney

Dated: December 28, 2020

By: /s/ Brandon Jones
BRANDON JONES
Potential Claimant
(Approved by email on 12/28/20)

///
///
///

STIPULATION AND ORDER EXTENDING TIME FOR
FILING A COMPLAINT AND/OR TO OBTAIN AN
INDICTMENT ALLEGING FORFEITURE

2

| | |
|---|---|
| Dated: December 28, 2020 | By: /s/ Kiaundra Crawford<br>KIAUNDRA CRAWFORD<br>Potential Claimant<br>(Approved by email on 12/28/20) |

IT IS SO ORDERED.

Dated: __**December 29, 2020**__

_____
UNITED STATES DISTRICT JUDGE